

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BONNIE SUE ROBERTS IN HER CAPACITY AS INDEPENDENT EXECUTRIX OF THE ESTATE OF CHARLOTTE ROBERTS, DECEASED, | § § § § | No. 08-12-00113-CV Appeal from the |
| Appellant, | § | Probate Court Number Two |
| v. | § | of El Paso County, Texas |
| WELLS FARGO BANK, N.A., | § | (TC# 2010-P00420) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.  We therefore affirm the judgment of the court below.  We further order that Appellee recover from Appellant and her sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs, for which let execution issue.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 20TH DAY OF JUNE, 2013.


GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.